UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

SAMUEL DWAYNE DAVIS,

    Petitioner,

v.                                                                  3:05-mc-32

JACK MORGAN, Warden,

    Respondent.

## MEMORANDUM AND ORDER

This is a petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petitioner has not paid the required $5.00 filing fee nor has he submitted an application to proceed *in forma pauperis*. The Clerk is **DIRECTED** to send petitioner an application to proceed *in forma pauperis*. The Clerk is further **DIRECTED** to hold the petition for thirty (30) days pending receipt of the $5.00 filing fee or an application to proceed *in forma pauperis*. Petitioner is advised that failure to pay the filing fee, or submit a completed application to proceed *in forma pauperis*, within the time allowed will result in the automatic dismissal of this action without further notice by the Clerk of Court.

    **E N T E R:**

                                                                s/ Thomas W. Phillips
                                                           United States District Judge